Church of the Brethren of Ephrata *v.* Riffert
et ux., Appellants.

Argued December 13, 1971. *Robert
Ruppin,* with him *Frank A. Troback,* for appellants;
*Clinton J. Najarian,* with him *Sidney D. Kline, Jr.,
John R. Gibbel, Stevens & Lee,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellee.

Judgment affirmed on the opinion of Judge BROWN
of the court below.

Commonwealth *v.* Anders, Appellant.

Submitted December 6, 1971. *Fred I.
Noch,* for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.